# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SD CV 14-475 PA (DFMx) | Date | May 4, 2015 |
|---|---|---|---|
| Title | TomTom Int'l, B.V. v. Broadcom Corp. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Stephen Montes Kerr | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS - COURT ORDER**

The Court is in receipt of the Deposition Designations, Objections, and Counter-Designations filed by defendant Broadcom Corporation (Docket No. 113) and plaintiff TomTom International, B.V. (Docket No. 117).

The parties shall re-file the Designation of Deposition Testimony according to the following requirements:

1. The objecting party shall quote testimony with any objections arranged in a table immediately following the quoted testimony. Objections should be organized **to track the page and line numbers of the deposition designations in sequence**. The objecting party should identify the specific page and line numbers to which objection is made, the ground of the objection, and a citation to Federal Rules of Evidence **(you may instead attach the deposition transcript and note objections in the margin)**. The party offering the testimony may submit a brief one or two line response to the objection. The following is an example of the format required by the Court:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SD CV 14-475 PA (DFMx) |
| Date | May 4, 2015 |
| Title | TomTom Int'l, B.V. v. Broadcom Corp. |

| Deposition Designation | Objection & Response |
|---|---|
| <u>Plaintiff's Designation of Tom Jones (42:14-15, 22; 43:7-8, 17-25)</u>:<br><br>Page 42<br><br>14　Q.　How many managers overall at Ruiz &<br>15　　　Flint?<br><br>22　A.　I do not know.<br><br>Page 43<br><br>7　Q.　(Continuing by Mr. Scotten) How many<br>8　　　partners does Ruiz & Flint have?<br><br>17　A.　For a certainty, I do not know.<br>18　Q.　(Continuing by Mr. Scotten) Do you know<br>19　　　Mr. Eugene Ruiz?<br>20　A.　Yes, sir.<br>21　Q.　What's his position at Ruiz & Flint?<br>22　A.　I would speculate that he's a partner and<br>23　　　owner.<br>24　Q.　Anything else?<br>25　A.　Not -- that's just common sense. I mean | <u>Defendants' Objections</u>:<br><br>Page 42:14-15, 22: Irrelevant, Fed. R. Evid. 801, 802.; Page 43:21-25: No foundation, Fed. R. Evid. 401.<br><br><u>Plaintiff's Response</u>:<br><br>Mr. Rosner was the corporate representative for Ruiz & Flint. |

2.　Do not submit blanket or boilerplate objections - these will be disregarded and overruled.

3.　Counter-designations are to be made only for completeness. Counter-designations are not a substitute for deposition testimony a party wishes to play in its case-in-chief.

4.　Once the parties exchange counter-designations and objections to counter-designations, the parties shall combine the original designations and objections with the counter-designations and objections (and brief response to the objection from the party offering the counter-designation) into a single document formatted into a table as described above with the counter-designations printed in red and inserted either immediately preceding or following the associated original designation. The table should clearly identify the offering party and whether the offered testimony is a designation or counter-designation. The combined document with the table of designations, counter-designations, and their associated objections and responses shall be filed with the Court no later than 12:00 p.m. on May 8, 2015.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SD CV 14-475 PA (DFMx) | Date | May 4, 2015 |
|---|---|---|---|
| Title | TomTom Int'l, B.V. v. Broadcom Corp. | | |

IT IS SO ORDERED.