KEKER & VAN NEST LLP
ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
BRIAN L. FERRALL (SBN 160847)
bferrall@kvn.com
NIKKI K. VO (SBN 239543)
nvo@kvn.com
ANDREW DAWSON (SBN 264421)
adawson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant and Counter-Claimant
BROADCOM CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TOMTOM INTERNATIONAL, B.V.,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant and Counter-Claimant. | Case No. 8:14-cv-00475-PA-DFM<br><br>**THE PARTIES' REVISED DEPOSITION DESIGNATIONS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:  March 28, 2014<br>Trial Date:           June 9, 2015 |

**PUBLIC VERSION – EXHIBITS SUBMITTED UNDER SEAL**

Plaintiff TomTom International, B.V. ("TomTom") and Defendant Broadcom Corporation ("Broadcom") hereby provide their revised deposition designations pursuant to this Court's In Chambers Order of May 4, 2015. The parties have reformatted their designations in accord with the details set forth in that order, and have also sought to minimize both the volume of designations and the number of asserted objections.

Attached as Exhibit A are TomTom's deposition designations, as well as Broadcom's objections and counter-designations thereto.

Attached as Exhibit B are Broadcom's deposition designations, as well as TomTom's objections and counter-designations thereto.

Dated:  May 8, 2015                            KEKER & VAN NEST LLP

                                    By:   *Brian L. Ferrall*
                                          Robert A. Van Nest
                                          Brian L. Ferrall
                                          Nikki K. Vo
                                          Andrew Dawson

                                          Attorneys for Defendant
                                          and Counter-Claimant
                                          BROADCOM CORPORATION


Dated:  May 8, 2015                            VINSON & ELKINS LLP
                                               FENWICK & WEST LLP

                                    By:   *Todd R. Gregorian*[1]
                                          Todd R. Gregorian

                                          Attorneys for Plaintiff
                                          and Counter-Defendant
                                          TOMTOM INTERNATIONAL, B.V.

---

[1] Todd R. Gregorian has concurred and authorized the filing of these joint Revised Deposition Designations on his behalf by Brian L. Ferrall.

# EXHIBIT A
# SUBMITTED UNDER SEAL

# EXHIBIT B
# SUBMITTED UNDER SEAL

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **May 8, 2015**, I served the following document(s):

**The Parties' Revised Deposition Designations (Public Version)**

X   by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Jedediah Wakefield | Darryl M. Woo |
| Todd R. Gregorian | Andrea Houston |
| Sebastian Kaplan | Syed Fareed |
| FENWICK & WEST LLP | Yvonne Shumaker |
| 555 California Street, 12th Floor | Stephen Stout |
| San Francisco, CA  94104 | VINSON & ELKINS |
| fw-tomtom@fenwick.com | 525 Market Street, Suite 2750 |
| | San Francisco, CA  94105 |
| | ve-tomtom@velaw.com |

Executed on May 8, 2015, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

*/s/ Robert W. Thomas*
Robert W. Thomas